IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case Nos. 3:13-cr-00158 |
| | ) | 3:13-cr-00159 |
| v. | ) | 3:13-cr-00160 |
| | ) | Chief Judge Haynes |
| | ) | |
| MICHAEL MCCRILLIS | ) | |

**O R D E R**

These actions came before the Court on April 11, 2014, for a hearing regarding violations of the Defendant's conditions of supervised release. For the reasons stated on the record in open court, the Defendant's supervised release is **REVOKED**. Defendant is **ORDERED** to serve twelve (12) months and one (1) day in the custody of the Bureau of Prisons. Upon Defendant's release from custody, Defendant's original term of supervised release will resume. The Court recommends Defendant receive credit for time served.

It is so **ORDERED**.

ENTERED this the 15th day of April, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge